IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION

JOSEPH YORK,

        Plaintiff,                     Civil Action No. 13-CV-493

    v.

NORFOLK SOUTHERN RAILWAY CO.,

        Defendant.                  **ELECTRONICALLY FILED**

## STIPULATION FOR DISMISSAL

        AND NOW, come the Parties, by and through their undersigned counsel, and represent unto the Court that the Parties have resolved this matter and hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a) that all claims now pending in this action are dismissed with prejudice and that each party shall bear their own costs incurred.

| KELLER & GOGGIN, P.C. | DICKIE, McCAMEY & CHILCOTE, P.C. |
|---|---|
| By: /s/James M. Duckworth<br>James M. Duckworth, Esquire<br>PA I.D. # | By: /s/J. Lawson Johnston<br>J. Lawson Johnston, Esquire<br>PA I.D.# 19792 |
| 1528 Walnut Street, Suite 900<br>Philadelphia, PA  19102<br>(215) 735-8780 | Two PPG Place, Suite 400<br>Pittsburgh, PA  15222-5402<br>(412) 281-7272 |
| Counsel for Plaintiff,<br>Joseph York | Counsel for Defendant,<br>Norfolk Southern Railway Co. |